# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2891
_____

United States of America

*Plaintiff - Appellee*

v.

Nathaniel Curtis George

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: March 4, 2025
Filed: March 7, 2025
[Unpublished]
_____

Before GRUENDER, KELLY, STRAS, Circuit Judges.
_____

PER CURIAM.

Nathaniel George appeals the sentence the district court[1] imposed after he pleaded guilty to receipt of child pornography pursuant to a plea agreement

_____

[1]The Honorable Matthew T. Schelp, United States District Judge for the Eastern District of Missouri.

containing an appeal waiver. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

We conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo the validity and applicability of an appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (stating that an appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and waiver, and enforcing the waiver would not result in a miscarriage of justice).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel leave to withdraw and dismiss the appeal.

_____